# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| James Simmons, | ) |
|                Plaintiff, | ) |
| vs. | ) Civil Action No. 09-cv-634 PAM/JJG |
| Receivable Management Services Corporation and John Doe, | ) |
|                Defendants. | ) |

**ORDER FOR DISMISSAL**

Based upon the Notice of Voluntary Dismissal with Prejudice, Civil Docket number 2, filed by Plaintiff on May 27, 2009, and upon all the files, records and proceedings herein,

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

**BY THE COURT:**

Dated: May 27, 2009

s/Paul A. Magnuson
The Honorable Paul A. Magnuson
United States District Court Judge